UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYLINIA JACKSON,

                Plaintiff,

    - against -

MADISON AVENUE ADVISORS
INCORPORATED,

                Defendant.

22-cv-6123 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **September 30, 2022.** If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **October 14, 2022.** If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

    The conference scheduled for **September 28, 2022** is **canceled.**

SO ORDERED.

Dated:    New York, New York
             September 16, 2022

                                        John G. Koeltl
                                   United States District Judge