UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SYLINIA JACKSON,                                    Case No.: 1:22-cv-6123

        Plaintiff,

- against -                                         **NOTICE OF VOLUNTARY
                                                    DISMISSAL PURSUANT TO**
MADISON AVENUE ADVISORS INCORPORATED,               **F.R.C.P. 41(a)(1)(A)(i)**

        Defendant.

------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff SYLINIA JACKSON and/or her counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant MADISON AVENUE ADVISORS INCORPORATED.

Date:  New York, New York
        November 22, 2022

                                                  GOTTLIEB & ASSOCIATES

                                                By:    Jefffey M. Gottlieb, Esq.
                                                150 East 18 St.
                                                Suite PHR
                                                New York, New York 10003
                                                Tel: (212) 228-9795
                                                Fax: (212) 982-6284
                                                Jeffrey@Gottlieb.legal www.GottliebLaw.net
                                                NYJG@aol.com

SO ORDERED:

_____
HON. JOHN G. KOELTL